UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>        Plaintiff,<br><br>   v.<br><br>A. LUJAN,<br><br>        Defendant. | Case No. 16-cv-04290-HSG (PR)<br><br>**ORDER EXTENDING TIME TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

In a notice dated July 28, 2016, the Clerk of the Court directed Plaintiff to complete an in forma pauperis ("IFP") application, and told him that he must complete the application within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents. Because it appears that the notice may have been sent to the wrong address, the Court sua sponte extends the deadline for Plaintiff to file his IFP application. Plaintiff must file his IFP application no later than **twenty-eight (28)** days from the date of this order.

The Clerk shall send Plaintiff a blank prisoner's IFP application at his updated address. Failure to file a timely response in accordance with this order by filing a complete IFP application or by paying the filing fee in the time provided will result in the dismissal of this action without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: 9/21/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge