UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>A. LUJAN,<br><br>        Defendant. | Case No. 16-cv-04290-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 25 |

Good cause appearing, defendant's request for an extension of time to file a dispositive motion is hereby GRANTED. The deadline for defendant to file a dispositive motion is CONTINUED to **June 12, 2017**. Plaintiff shall file any opposition to defendant's motion within **twenty-eight (28)** days of the date the motion is filed. Defendant shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 25.

**IT IS SO ORDERED.**

Dated: 4/18/2017

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge