UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. LUJAN,<br><br>　　　　Defendant. | Case No. 16-cv-04290-HSG (PR)<br><br>**ORDER GRANTING PARTIES' REQUESTS FOR EXTENSIONS OF TIME**<br><br>Re: Dkt. Nos. 33, 34 |

Good cause appearing, Plaintiff's second request for an extension of time to file an opposition to Defendant's motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **September 27, 2017**.

Defendant's request for an extension of time to file a reply is also GRANTED. Defendant shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket Nos. 33 and 34.

**IT IS SO ORDERED.**

Dated: 8/28/2017

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge