UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. LUJAN,<br><br>　　　　Defendant. | Case No. 16-cv-04290-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 38 |

GOOD CAUSE APPEARING, defendant's motion for an extension of time to file a reply to plaintiff's opposition to defendant's motion for summary judgment is GRANTED. Defendant shall file her reply by **October 20, 2017**.

This order terminates Docket No. 38.

**IT IS SO ORDERED.**

Dated: 10/18/2017

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge