UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>A. LUJAN,<br><br>    Defendant. | Case No. 16-cv-04290-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Granting Defendant's Motion for Summary Judgment, the Court GRANTS summary judgment in favor of Defendant Lujan. The Clerk shall enter judgment in favor of Defendant Lujan and close this case.

**IT IS SO ORDERED.**

Dated: March 27, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge